William J. Becker, Jr., Esq. (SBN: 134545)
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328
Email: Bill@FreedomXLaw.com

Attorneys for Plaintiffs, M.B. and N.B.,
by and through their parents as next friend,
Holly Bausch and Jason Bausch

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| M.B.; et al.;<br><br>    Plaintiffs,<br>vs.<br><br>HUNTINGTON BEACH CITY SCHOOL DISTRICT; et al.;<br><br>    Defendants. | Case No.: 8:19-cv-00027-AG-KES<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES**<br><br>**[Filed Concurrently With Proposed Order]**<br><br>The Honorable Andrew J. Guilford |

    The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to filed the said Agreement. Accordingly, Plaintiffs respectfully request that the Court vacate

all deadlines as set forth in the February 20, 2019 (Dkt. No. No. 24), and February 22, 2019 (Dkt. No. No. 27), Minute Orders.

Plaintiffs are filing this Notice and Motion with Defendants' approval and permission.

DATE: May 29, 2019

*s/ William J. Becker, Jr.*
William J. Becker, Jr.

Attorneys for Plaintiffs

*s/ Dennis J. Walsh*
Dennis J. Walsh

Attorneys for Defendants

### **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, William J. Becker, Jr., am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATE: May 29, 2019

*s/ William J. Becker, Jr.*
William J. Becker, Jr.

Case No.: 8:19-cv-00027-AG-KES
PLAINTIFFS' NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES